UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN DUQUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANNY ALCAZAR, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0523 JAM CKD P<br><br><br>ORDER |

On May 11, 2021 the court recommended that this action be dismissed for plaintiff's failure to file a completed in forma pauperis application or pay the filing fee. Plaintiff has filed objections to the court's findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's May 11, 2021 findings and recommendations are vacated; and

2. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the

/////

/////

/////

/////

/////

required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: May 21, 2021

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] duqu523.vfrs